JAN 27 2025 PM 12:08
FILED - USDC - FLMD - OCA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

Lamar Bernard Burno,

Plaintiff,

v.

Lake Tech Institute of Public Safety,

Lake County Sheriff's Office,

Defendants.

Case No. 5:24-cv-559-TPB-PRL

NOTICE OF WITHDRAWAL OF APPEAL

Notice is hereby given that Lamar Bernard Burno, Plaintiff in the above-captioned matter, respectfully withdraws his Notice of Appeal filed on January 14, 2025, to the United States Court of Appeals for the Eleventh Circuit. Plaintiff no longer intends to pursue this appeal at this time.

Respectfully submitted,

Lamar Bernard Burno    *Lamar Burno*

800 James St.

Elizabethtown, NC 28337

(910) 709-3749

Date: 1/21/25

CERTIFICATE OF SERVICE

I, Lamar Bernard Burno, certify that on this 21 day of January, 2025, a true and correct copy of this Notice of Withdrawal of Appeal has been sent via U.S. Mail to:

  1.   Lake Tech Institute of Public Safety

Tavares, FL 32778

    2.    Lake County Sheriff's Office

360 West Ruby Street,

Tavares, FL 32778

    3.    United States Attorney's Office

400 North Tampa Street, Suite 3200,

Tampa, FL 33602

Respectfully submitted,

Lamar Bernard Burno

# TABLE OF CONTENTS

| Section | Description |
| --- | --- |
| 1. Complaint | Civil Rights Complaint |
| 2. Exhibits | Supporting Documentation |
| Exhibit 1 | Lamont's Anonymous Letter |
| Exhibit 2 | Philadelphia School Records |
| Exhibit 3 | Police Officer Oath of Office |
| Exhibit 4 | AARTS Transcripts |
| Exhibit 5 | Military Police Individual Training Record |
| Exhibit 6 | Military Police School Diploma |
| Exhibit 7 | United States Army Honorable Discharge Certificate |
| Exhibit 8 | Emails Concerning Burno and Rodriguez |
| Exhibit 9 | FDLE Equivalency of Training Certificate |
| Exhibit 10 | Lake Technical Center Certificate of Completion |
| Exhibit 11 | Lake Tech Notification of Acceptance |

| | |
|---|---|
| **Exhibit 12** | Lake Tech Comparative Compliance Certificate |
| **Exhibit 13** | Judge Nacke's Denial |
| **Exhibit 14** | Employment Verification |
| **Exhibit 15** | Letter to Lieutenant DeLibro from Military Police Colonel Thomas |
| **Exhibit 16** | Letters from Witnesses Confirming Availability but Never Called |
| **Exhibit 17** | Email to Attorney Jamie Washo Providing Witness Information |
| **Exhibit 18** | Statement from Detective Broomes Assassinating Character (Calling Plaintiff a Female) |

Lamar Burno
800 James St
Elizabethtown, NC 28337

U.S. Middle District Court of Florida
207 NW. Second St
Ocala, FL 34475

U.S. POSTAGE PAID
FCM LG ENV
ELIZABETHTOWN, NC 2
JAN 24, 2025
$1.50
S2324K504984-08

34475
RDC 99

SCREENED By USMS

